**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7278**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ANN TYRELL MURRAY, a/k/a Tiffany,

                    Defendant - Appellant.



Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:97-cr-00025-RAJ-3)


Submitted:  November 13, 2008      Decided:  November 21, 2008


Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Ann Tyrell Murray, Appellant Pro Se.  Laura Marie Everhart,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ann Tyrell Murray appeals the district court's order denying relief on her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Murray</u>, No. 2:97-cr-00025-RAJ-3 (E.D. Va. July 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>